IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVEN BROOKS, | No. C 13-02183 RS |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING** |
| SOTHEBY'S, et al., | |
| Defendants. | |

Although the assertion that a particular argument, "did not previously occur to counsel for plaintiff" is refreshingly candid, it is not generally recognized as a basis for permitting supplemental briefing. Nevertheless, plaintiff's proposed supplemental opposition filed June 12, 2013 will be allowed. Defendants may file a supplemental reply not to exceed three pages no later than June 21, 2013.

IT IS SO ORDERED.

Dated: 6/12/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE